UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LALLY,

        Plaintiff,

   -against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

No. 20-CV-2359 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 5, 2021 at 9:30 a.m will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  January 29, 2021
       New York, New York

*[signature]*
LORETTA A. PRESKA, U.S.D.J.