UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LALLY,<br><br>                    Plaintiff,<br><br>-against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                    Defendant. | No. 20-CV-2359 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and propose by letter a briefing schedule for Plaintiff's recently filed motion to stay.  (See dkt. no. 26.)

**SO ORDERED.**

Dated:     June 23, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge