UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LALLY,<br><br>                    Plaintiff,<br><br>-against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                    Defendant. | No. 20-CV-2359 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Plaintiff's motion to stay these proceedings pending the resolution of a motion to transfer under 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation.[1]  The motion to stay is <u>GRANTED</u> in order to avoid (1) potential inconsistent rulings on the anticipated motion(s) by Plaintiff to compel production by Novartis and (2) the scheduling of depositions of treating doctors before any such motion to compel can be resolved.  In the interim, the parties should continue collecting and producing documents already requested and around which there is no dispute.

**SO ORDERED.**

Dated:    July 9, 2021
           New York, New York

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA, U.S.D.J.

---

    [1] (<u>See</u> dkt. no. 26; <u>see also</u> dkt. no. 30 (opposition); dkt. no. 31 (reply).)

1